UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL CRAWFORD, | : | |
| Plaintiff, | : | Civ. No. 15-2643 (FLW) |
| v. | : | |
| UNITED STATES et al., | : | **ORDER** |
| Defendants. | : | |

For the reasons expressed in the Memorandum Opinion filed herewith:

IT IS, on this 19th day of March 2018,

ORDERED that the Clerk shall administratively terminate this case; plaintiff is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that, if the case is reopened, it is not subject to the statute of limitations time bar provided the original complaint was timely; and it is further

ORDERED that plaintiff may have the above entitled case reopened, if, within thirty (30) days of the date of the entry of this order, plaintiff either pre-pays the $400 filing fee **or** submits to the Clerk a complete signed *in forma pauperis* application, including a certified six-month prison account statement and complete affidavit; and it is further

ORDERED that upon receipt of a writing from plaintiff stating that he wishes to reopen this case, and either a complete *in forma pauperis* application or filing fee within the time allotted by this Court, the Clerk will be directed to reopen this case; and it is further

ORDERED that the Clerk shall serve on plaintiff by regular U.S. mail: (1) this Order and the accompanying Memorandum Opinion; and (2) a blank Application for Prisoners to Proceed

in District Court Without Prepaying Fees or Costs (Short Form), form PAE AO 240 (Rev. 10/09).

*/s/ Freda L. Wolfson*
FREDA L. WOLFSON
United States District Judge